UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
19-mj-348 (TNL)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT VAUGHN EVANS,

        Defendant.

**ORDER UNSEALING COMPLAINT, ARREST WARRANT, AND AFFIDAVIT**

Upon motion of the United States, it is hereby ORDERED that the Complaint, Arrest Warrant, and Affidavit of Special Agent Aaron C. Dunn in the above-captioned matter, be unsealed.

Dated: August 13, 2019

*s/Hildy Bowbeer*
The Honorable Hildy Bowbeer
United States Magistrate Judge